# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

In re: GWIN, NIKKI NANINE § Case No. 14-22236-SBB
§
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 05, 2014. The undersigned trustee was appointed on September 05, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         39,643.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 79.89 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 156.67 |
| Leaving a balance on hand of [1] | $   39,406.44 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/01/2015 and the deadline for filing governmental claims was 06/01/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,698.63. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,698.63, for a total compensation of $4,698.63.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $131.97, for total expenses of $131.97.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/18/2015           By: /s/Glen R. Anstine
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-22236-SBB  
**Case Name:** GWIN, NIKKI NANINE  

**Period Ending:** 07/18/15

**Trustee:** (260280) Glen R. Anstine  
**Filed (f) or Converted (c):** 09/05/14 (f)  
**§341(a) Meeting Date:** 10/02/14  
**Claims Bar Date:** 06/01/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  545 Ursula Street, Aurora, CO 80011 | 185,000.00 | 0.00 | OA | 0.00 | FA |
| 2  Credit Union of Colorado Checking Account   balance provided on Trustee Information Sheet was $54.00 | 54.00 | 13.50 | | 13.50 | FA |
| 3  Credit Union of Colorado Savings Account   balance provided on Trustee Information Sheet was $450.00 | 450.00 | 112.50 | | 112.50 | FA |
| 4  Household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 5  Miscellaneous books and pictures on walls. | 50.00 | 0.00 | | 0.00 | FA |
| 6  Women's clothes. | 250.00 | 0.00 | | 0.00 | FA |
| 7  Costume jewelry. | 0.00 | 0.00 | | 0.00 | FA |
| 8  American Family - Term Life Insurance   ($150,000 death benefit; no cash surrender value) | 0.00 | 0.00 | | 0.00 | FA |
| 9  Colorado PERA | 15,047.74 | 0.00 | | 0.00 | FA |
| 10  Pacific Life Funds Roth IRA | 3,329.91 | 0.00 | | 0.00 | FA |
| 11  Knee Deep in Dawgs, Inc.; 100% of outstanding shares; debts exceed assets and business is no longer operational. | 0.00 | 0.00 | OA | 0.00 | FA |
| 12  My Fairy Dawg Mother Rescue, Inc. This is a 502(c)(3) business. Debtor is equal director with 2 other directors. No value. | 0.00 | 0.00 | OA | 0.00 | FA |
| 13  Estate of Sharon L. Gideroff-remainder interest in 7948 Stuart Place, Westminster, CO 80030 (Assessor values property at $118,000; no liens); life tenant is 80 years of age; co-remainderman is Debtor's sister, Kimberly Gonzales Forester; value is based upon IRS remainder interest tables and is Debtor's one-half interest. | 32,239.37 | 20,000.00 | | 37,000.00 | FA |
| 14  2007 Jeep Grand Cherokee   Jeep recently suffered damage when Debtor accidentally collided with a couch on the highway. Debtor received informal repair estimate, which is $4,000.00. Value reflects deduction for costs of repair. | 8,000.00 | 200.00 | OA | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-22236-SBB
**Case Name:** GWIN, NIKKI NANINE

**Trustee:** (260280) Glen R. Anstine
**Filed (f) or Converted (c):** 09/05/14 (f)
**§341(a) Meeting Date:** 10/02/14

**Period Ending:** 07/18/15

**Claims Bar Date:** 06/01/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | 2011 Chrysler 300; Debtor jointly owns with Theresa Sullivan. | 15,000.00 | 0.00 | OA | 0.00 | FA |
| 16 | Filing cabinets and miscellaneous office equipment. | 250.00 | 0.00 | OA | 0.00 | FA |
| 17 | 8 rescue dogs. | 0.00 | 0.00 | OA | 0.00 | FA |
| 18 | 67.7% of 2014 tax refunds (247/365) (u)<br>federal refund $2,643.00<br>state refund $521.00 | 3,164.00 | 2,142.03 | | 2,298.70 | FA |
| 19 | wages reported on Trustee Information Sheet (u) | 873.20 | 218.30 | | 218.30 | FA |
| 19 | **Assets** Totals (Excluding unknown values) | **$265,708.22** | **$22,686.33** | | **$39,643.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   March 31, 2016        **Current Projected Date Of Final Report (TFR):**   March 31, 2016

Printed: 07/18/2015 03:52 PM     V.13.23

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-22236-SBB  
**Case Name:** GWIN, NIKKI NANINE  
**Taxpayer ID #:** **-***5474  
**Period Ending:** 07/18/15  

**Trustee:** Glen R. Anstine (260280)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3066 - Checking Account  
**Blanket Bond:** $71,141,417.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/26/15 | | United States Treasury | 12/2014 tax refund. | | 2,643.00 | | 2,643.00 |
| | {18} | | Bankruptcy Estate's 67.7% of 2014 tax refunds  2,142.03 | 1224-000 | | | 2,643.00 |
| | {2} | | nonexempt bank balance  13.50 | 1129-000 | | | 2,643.00 |
| | {3} | | nonexempt bank balance  112.50 | 1129-000 | | | 2,643.00 |
| | {19} | | nonexempt wages  218.30 | 1229-000 | | | 2,643.00 |
| | {18} | | Debtor's share of 2014 federal refund after offset of amounts owed to Bankruptcy Estate  156.67 | 1224-000 | | | 2,643.00 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,633.00 |
| 04/02/15 | 101 | Nikki Gwin | Refund to Debtor her share of 2014 federal refund after offset of amounts owed to Bankruptcy Estate. | 8500-002 | | 156.67 | 2,476.33 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,466.33 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,456.33 |
| 06/03/15 | {13} | Michael P Luchetta | Purchase estate's interest in 7948 Stuart Place, Westminster, Colorado pursuant 6/2/2015 Court order. | 1129-000 | 37,000.00 | | 39,456.33 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.89 | 39,406.44 |
| | | | ACCOUNT TOTALS | | 39,643.00 | 236.56 | $39,406.44 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 39,643.00 | 236.56 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $39,643.00 | $236.56 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******3066 | 39,643.00 | 236.56 | 39,406.44 |
| | $39,643.00 | $236.56 | $39,406.44 |

{} Asset reference(s)

Printed: 07/18/2015 03:52 PM   V.13.23

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 1, 2015

**Case Number:** 14-22236-SBB  
**Debtor Name:** GWIN, NIKKI NANINE

Page: 1

**Date:** July 18, 2015  
**Time:** 03:52:50 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| A 200 | Glen R. Anstine<br>7400 Wadsworth Blvd. Ste. 101<br>Arvada, CO 80003 | Admin Ch. 7 | | $4,698.63 | $0.00 | 4,698.63 |
| B 200 | Glen R. Anstine<br>7400 Wadsworth Blvd. Ste. 101<br>Arvada, CO 80003 | Admin Ch. 7 | | $131.97 | $0.00 | 131.97 |
| 1 610 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | 8782<br>Basis for Claim: CREDIT CARD | $1,764.06 | $0.00 | 1,764.06 |
| 2 610 | Cavalry SPV I, LLC as assignee of Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured | 8236<br>Basis for Claim: Credit Card | $20,717.13 | $0.00 | 20,717.13 |
| 3 610 | American Express Centurion Bank<br>Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | 2004<br>Basis for Claim: CREDIT CARD DEBT | $2,639.32 | $0.00 | 2,639.32 |
| 4 610 | Jennine Saulino<br>15195 Wabash Pl<br>Thornton, CO 80602 | Unsecured | 9110<br>Basis for Claim: her share of balance paid on re-assignment of the lease | $20,000.00 | $0.00 | 20,000.00 |
| 5 610 | Jennine Saulino<br>15195 Wabash Pl<br>Thornton, CO 80602 | Unsecured | 9110<br>Basis for Claim: money loan toward purchase of a business | $31,729.67 | $0.00 | 31,729.67 |
| 6 610 | Credit First NANA<br>PO Box 818011<br>Cleveland, OH 44181 | Unsecured | 9110<br>Basis for Claim: Revolving Acct. Services<br>Firestone | $766.55 | $0.00 | 766.55 |
| 7 610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | 4607/CITIBANK (SOUTH DAKO<br>Basis for Claim: Retail | $851.74 | $0.00 | 851.74 |
| 8 610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | 2168/CITIBANK (SOUTH DAKO<br>Basis for Claim: Retail | $1,650.49 | $0.00 | 1,650.49 |
| 9 610 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | 7304/CARE CREDIT OR GEMB<br>Basis for Claim: Money Loaned Revolving Credit | $1,917.62 | $0.00 | 1,917.62 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** June 1, 2015

**Case Number:** 14-22236-SBB  
**Debtor Name:** GWIN, NIKKI NANINE

Page: 2

**Date:** July 18, 2015  
**Time:** 03:52:50 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10<br>610 | Darlene E. Fraser<br>7822 W Alder Dr.<br>Littleton, CO 80128 | Unsecured | 6741<br>Basis for Claim: loan | $30,000.00 | $0.00 | 30,000.00 |
| 11<br>610 | Portfolio Recovery Associates, LLC<br>successor in interest to<br>U.S. Bank National Association (1-2-3 Re<br>POB 12914<br>Norfolk, VA 23541 | Unsecured | 8396/1-2-3- REWARDS KING<br>Basis for Claim: CREDIT CARD<br>1-2-3 Rewards-King Soopers | $10,128.82 | $0.00 | 10,128.82 |
| 12<br>610 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | 1420/GAP VISA CARD/GEMB<br>1420s for Claim: Money Loaned Revolving Credit | $97.61 | $0.00 | 97.61 |
| C<br>900 | Nikki Gwin<br>545 Ursula Street<br>Aurora, CO 80011 | Unsecured | Claim represents Debtor's share of 2014 federal refund after offset of amounts owed to the Bankruptcy Estate. | $156.67 | $156.67 | 0.00 |
| **<< Totals >>** | | | | 127,250.28 | 156.67 | 127,093.61 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                              Exhibit D

Case No.: 14-22236-SBB
Case Name: GWIN, NIKKI NANINE
Trustee Name: Glen R. Anstine

**Balance on hand:**                                      $       39,406.44

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $            0.00
Remaining balance:                         $       39,406.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Glen R. Anstine | 4,698.63 | 0.00 | 4,698.63 |
| Trustee, Expenses - Glen R. Anstine | 131.97 | 0.00 | 131.97 |

Total to be paid for chapter 7 administration expenses:   $        4,830.60
Remaining balance:                                        $       34,575.84

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $            0.00
Remaining balance:                                            $       34,575.84

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:     $            0.00
Remaining balance:                        $       34,575.84

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 122,263.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 28.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Discover Bank | 1,764.06 | 0.00 | 498.87 |
| 2 | Cavalry SPV I, LLC as assignee of Capital One, N.A. | 20,717.13 | 0.00 | 5,858.78 |
| 3 | American Express Centurion Bank | 2,639.32 | 0.00 | 746.40 |
| 4 | Jennine Saulino | 20,000.00 | 0.00 | 5,655.98 |
| 5 | Jennine Saulino | 31,729.67 | 0.00 | 8,973.11 |
| 6 | Credit First NANA | 766.55 | 0.00 | 216.78 |
| 7 | PYOD, LLC its successors and assigns as assignee | 851.74 | 0.00 | 240.87 |
| 8 | PYOD, LLC its successors and assigns as assignee | 1,650.49 | 0.00 | 466.76 |
| 9 | Synchrony Bank | 1,917.62 | 0.00 | 542.30 |
| 10 | Darlene E. Fraser | 30,000.00 | 0.00 | 8,483.97 |
| 11 | Portfolio Recovery Associates, LLC successor in interest to | 10,128.82 | 0.00 | 2,864.42 |
| 12 | Synchrony Bank | 97.61 | 0.00 | 27.60 |

Total to be paid for timely general unsecured claims:  $ 34,575.84
Remaining balance:  $ 0.00

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | | Total to be paid for subordinated claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**